JESSICA L. LINEHAN (SBN 223569)
linehan.jessica@dorsey.com
DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626-7655
Telephone:  (714) 800-1400
Facsimile:  (714) 800-1499

Attorneys for Defendant
RITCHIE BROS. AUCTIONEERS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DOLORES MORRIS,<br><br>   Plaintiff,<br><br>vs.<br><br>RITCHIE BROS. AUCTIONEERS, INC., and DOES 1 through 100, INCLUSIVE,<br><br>   Defendants. | Case No. 2:12-CV-02745-GEB-AC<br><br>**ORDER RESCHEDULING SETTLEMENT CONFERENCE**<br><br><u>Current Settlement Conference Date</u><br>September 30, 2014<br><br><u>Proposed Settlement Conference Date</u><br>September 26, 2014<br><br>Complaint Filed:  Nov. 6, 2012<br>Trial Date:  Oct. 21, 2014 |

WHEREAS, the Court having reviewed the stipulation of the Parties to reschedule the Settlement Conference date from September 30, 2014 to September 26, 2014, and good cause appearing therefor,

**IT IS SO ORDERED.** The Settlement Conference is hereby rescheduled from September 30, 2014 to September 26, 2014 at 9:30 a.m. before the Honorable Carolyn K. Delaney.

Dated: August 7, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
CERTIFICATE OF SERVICE