UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES MORRIS,<br><br>        Plaintiff,<br><br>    v.<br><br>RITCHIE BROS. AUCTIONEERS (AMERICA) INC.,<br><br>        Defendant.* | No. 2:12-cv-02745-GEB-AC<br><br>**ORDER** |

On September 22, 2014, the parties filed a Joint Stipulation to Substitute Doe Defendant, in which they state:

> WHEREAS, Plaintiff, DOLORES MORRIS, filed the present action against RITCHIE BROTHERS AUCTIONEERS, INC.;
>
> WHEREAS, RITCHIE BROTHERS AUCTIONEERS, INC. represents that Plaintiff was employed by RITCHIE BROTHERS AUCTIONEERS (AMERICA) INC.;
>
> WHEREAS, the parties agreed to meet and confer to resolve this issue and the Court Ordered that it be resolved on or before September 22, 2014;
>
> The parties hereby stipulate to substitute RITCHIE BROTHERS AUCTIONEERS (AMERICA) INC. into the case as a Doe Defendant and to dismiss RITCHIE BROTHERS AUCTIONEERS, INC. without prejudice to Plaintiff.

(Joint Stipuplation, ECF No. 31.)

---

\*    The caption has been amended in accordance with this order.

1

All Doe Defendants were dismissed in the March 1, 2013 Status Order. (Status Order 1:18-23, ECF No. 12.) Therefore, Ritchie Brothers Auctioneers (AMERICA) INC. cannot be substituted as a Doe Defendant. However, it is evident the purpose of the referenced stipulation is to correctly name Plaintiff's former employer as the Defendant. (See also Joint Pretrial Statement 12:26-13:2, ECF No. 18 ("Defendant does not oppose Plaintiff replacing the improperly named defendant, Ritchie Bros. Auctioneers, Inc., with the correct employer, Ritchie Bros. Auctioneers (America) Inc.").) Therefore, Defendant Ritchie Brothers Auctioneers, Inc. is dismissed without prejudice, and Ritchie Brothers Auctioneers (AMERICA) Inc. is added as the Defendant.

Dated: September 23, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge